1  ROBERT S. JARET, Bar No. 124876
   ATTORNEY AT LAW
2  JARET & JARET
   900 Fifth Ave., Suite 201
3  San Rafael, CA 94901
   Telephone: (415) 455-1010
4
   Attorney for Plaintiff
5  JOHN MICHAEL NASH

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | JOHN MICHAEL NASH,              | Case No. C04-05267 CRB [E-Filing]
12 |             Plaintiff,          | **STIPULATION OF DISMISSAL**
13 |     v.                          |
14 | MARSH FINANCIAL SERVICES, INC., |
   | a New York Corporation; MARSH & |
15 | McLENNAN COMPANIES, INC., a     |
   | business entity; MARSH AFFINITY |
16 | GROUP SERVICES, a business entity;|
   | MARSH, INC., a business entity; |
17 | SEABURY & SMITH, INC., a Delaware|
   | corporation; SEABURY & SMITH OF |
18 | NEVADA, a Nevada corporation; and|
   | DOES 1 through 50, inclusive,   |
19 |                                 |
   |             Defendants.         |
20

21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

(CASE NO. C04-05267 CRB [E-FILING])                    STIPULATION OF DISMISSAL

1  IT IS HEREBY STIPULATED by and between the parties to this action through their designated
2  counsel that the above-captioned action, including all causes of action against all Defendants, be and
3  hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1).

4  Dated: August 3, 2005

                                        _____
                                        BRIAN T. MCMILLAN
                                        LITTLER MENDELSON
                                        A Professional Corporation
                                        Attorneys for Defendants
                                        MARSH & McLENNAN COMPANIES, INC.,
                                        MARSH INC., SEABURY & SMITH, INC.,
                                        a Nevada Corporation, erroneously sued herein
                                        as SEABURY & SMITH OF NEVADA,
                                        SEABURY & SMITH, INC., a Delaware
                                        Corporation, on behalf of itself and MARSH
                                        AFFINITY GROUP SERVICES, a service
                                        of SEABURY & SMITH, INC., MARSH
                                        FINANCIAL SERVICES, INC.

13  Dated: August 4, 2005

                                        _____
                                        ROBERT S. JARET
                                        JARET & JARET
                                        Attorney for Plaintiff
                                        JOHN MICHAEL NASH

August 5, 2005

**APPROVED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(CASE NO. C04-05267 CRB [E-FILING])         2.         STIPULATION OF DISMISSAL